# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02904-DME

UNITED STATES OF AMERICA

        Petitioner,

v.

LAUREL J. ENNIS,
LOREN E. ENNIS,

        Respondents

# FINAL ENFORCEMENT ORDER

Having considered the United States' Petition to Enforce Internal Revenue Service Summonses (Dkt. 1) and the accompanying exhibits, this Court determines as follows:

1. On May 15, 2009, the Internal Revenue Service (IRS) issued three summonses: (1) a summons to Laurel J. Ennis requesting documents and testimony related to the determination of her tax liability for 2007 and 2008; (2) a summons to Loren E. Ennis requesting documents and testimony related to the determination of his tax liability for 2007 and 2008; and (3) a summons to Loren E. Ennis seeking documents and testimony regarding financial information from January 1, 2007 to May 31, 2009 as part of an investigation into the collection of his tax liability for 2004.

2. On January 17, 2010, Laurel and Loren Ennis were each personally served with (1) the Order to Show Cause issued by this Court on December 14, 2009, and (2) a copy of the Petition to Enforce the IRS summonses, including the accompanying exhibits.

3. The IRS has made the required showing that (1) it has not made a criminal referral of the case to the Justice Department, and (2) that it is proceeding in good faith, which means (a) that the investigation is being conducted pursuant to a legitimate purpose, (b) the inquiry is relevant to that purpose, (c) the information sought is not already in the possession of the IRS, and (d) that the summonses were issued in compliance with the required administrative steps. See Anaya v. United States, 815 F.2d 1373, 1377 (10th Cir. 1987).

4. Neither Laurel nor Loren Ennis have showed sufficient cause as to why they should not be ordered to comply with the IRS summonses, nor did either raise any objections to enforcement of the summonses.

5. As of this time, the IRS has declared that it is currently satisfied with the documents produced with respect to the tax year 2007. Thus, the IRS now seeks enforcement of these summonses only as to documents pertaining to its investigation into Laurel and Loren Ennis' 2008 tax liability.

6. As to the summons pertaining to the 2004 tax investigation, the IRS has indicated that it is currently satisfied with the documents produced in response to the summons and that it no longer seeks enforcement of that summons.

IT IS THEREFORE ORDERED that Laurel and Loren Ennis shall comply with and obey the IRS summonses served upon them by appearing at the IRS office at 1999 Broadway, Denver, CO 80202 (or a different location to be agreed upon by the parties) before Revenue Officer Damon Newton or Frank Long (or another officer determined by the IRS), telephone number 303-446-1675, at a time to be agreed upon by the parties, but

not later than 1:00 p.m. on March 5, 2010, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the IRS summonses pertaining to the Ennis' 2008 calendar year taxes.

IT IS FURTHER ORDERED that failure to comply with this Order may result in Laurel and Loren Ennis being found in contempt of Court, in which case they may be fined or imprisoned.

IT IS FURTHER ORDERED that upon entry of this Order, this case shall be closed and judgment shall be entered in favor of Petitioner United States of America.

Dated this ___2nd___ day of _____February_____, 2010.

BY THE COURT:

*s/ David M. Ebel*

_____
U. S. CIRCUIT COURT JUDGE